UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **BRIDGETTE GUILLORY** | **CIVIL ACTION NO. 1:23-cv-00065** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STATE FARM FIRE & CASUALTY CO** | **MAG. JUDGE PEREZ-MONTES** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 39] previously filed herein, having thoroughly reviewed the record, noting the lack of objections filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 14] filed by Defendant State Farm Fire and Casualty Co. is **DENIED**.

**IT IS FURTHER ORDERED** that the Motion for Leave to File a Sur-Reply [Doc. No. 20] filed by Plaintiff Bridgette Guillory is **DENIED AS MOOT**.

**MONROE, LOUISIANA**, this the 18th day of July 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE